FILED'08 JAN 14 13:16USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| WILLIAM M. BORJA, | ) | Civil No. 06-1266-CL |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**PANNER, Judge.**

Judgment is for Plaintiff. The decision of the Commissioner is reversed. The matter is remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for the calculation and award of benefits.

DATED this ___14___ day of January, 2008.

_____
Owen M. Panner
United States District Judge

1 - JUDGMENT