FILED'08 MAR 20 12:44USDC-ORM

1  SARA L. GABIN, OSB #81234
   Attorney for **Plaintiff**
2  Five Centerpointe Drive, Suite 100
   Lake Oswego, Oregon 97035
3  tel: 503.620.3171  fax: 503.620.3365

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8                   FOR THE DISTRICT OF OREGON

9  | WILLIAM M. BORJA,              | Civil No. 06-1266 CL
10 |                    Plaintiff,  | ORDER FOR EAJA FEES
11 | vs.                            |
12 | MICHAEL J. ASTRUE,             |
   | Commissioner of Social Security,|
13 |                                |
   |                    Defendant.  |
14

15       Based on plaintiff's (Borja's) application, it is hereby ORDERED that attorney

16 fees of $2,613.61 are awarded to Borja under the Equal Access to Justice Act, 28 U.S.C. 2412,

17 for his attorney's time in Federal District Court, to be made payable to SARA L. GABIN,

18 Attorney at Law, and mailed to her at 4500 SW Kruse Way, Suite 100, Lake Oswego, Oregon

19 97035.

20

21       DATED this  20  day of       March      ,2008.

22

23                              _____
                                UNITED STATES DISRQTIC COURT JUDGE
24

25

26

ORDER FOR EAJA FEES - 1

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

Approved by:

_____
L. JAMAL EDWARDS
Special Assistant United States Attorney

ORDER FOR EAJA FEES - 2