SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365

FILED'08 JUL 17 10:08USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| WILLIAM L. BORJA, | Civil No. 06-1266 CL |
|---|---|
| Plaintiff, | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. 406(B) |
| vs. | |
| MICHAEL J. ASTRUE Commissioner of Social Security, | |
| Defendant. | |

Reasonable attorney fees in the amount of $12,111.62 are hereby awarded to Plaintiff's attorney, Sara L. Gabin, under 42 U.S.C. § 406(b), these fees to be offset by $6,811.62 awarded previously to Attorney Gabin under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). When issuing the 406(b) check, therefore, the agency is directed to subtract the amount $6,811.62 previously awarded under the EAJA, and to send Attorney Gabin the balance of $5,300.00, minus the applicable user fee. Any withheld benefits then remaining should be released to plaintiff as soon as the matter of fees under 42 U.S.C. § 406(a) are resolved as to Attorney Pam Schultz.

DATED this 17 day of July, 2008.

_____
JUDGE/MAGISTRATE

Submitted by:
SARA L. GABIN, OSB #81234
Attorney for Plaintiff

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. 406(B) - 1